AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:21-MJ-190 | Date and time warrant executed: 3/26/2021 5:00 PM | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

WARRANT EXECUTED BUT GPS WAS TURNED OFF. GPS WARRANT WAS TURNED OFF ON APRIL 2, 2021



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 7 2021
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/2/2021

Executing officer's signature

E. Vola DO/TFO
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter ~~of the Search~~ of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The use of a Cell-Site Simulator to Locate the Cellular Device Assigned Call Number 682-812-0622, whose wireless provider is T-Mobile | )<br>)<br>) Case No. 4:21-MJ-190<br>)<br>) **FILED UNDER SEAL**<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __New Jersey__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __April 8, 2021__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Jeffrey L. Cureton__ .
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __04/08/2021 10:51 am__    __/s/ JCureton__
*Judge's signature*

City and state:  __Fort Worth, Texas__    __Jeffrey L. Cureton, United States Magistrate Judge__
*Printed name and title*